IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE: Williams, Dossie

Printed: 10/29/08

Case Number: 06 B 14471
Judge: Wedoff, Eugene R
Filed: 11/6/06

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Dismissed: September 11, 2008
Confirmed: March 1, 2007

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---|---|
|  | 5,130.46 |  |
| Secured: |  | 3,020.74 |
| Unsecured: |  | 0.00 |
| Priority: |  | 0.00 |
| Administrative: |  | 1,823.00 |
| Trustee Fee: |  | 286.72 |
| Other Funds: |  | 0.00 |
| Totals: | 5,130.46 | 5,130.46 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Bennie W Fernandez | Administrative | 1,823.00 | 1,823.00 |
| 2. | America's Servicing Co | Secured | 0.00 | 0.00 |
| 3. | City Of Chicago | Secured | 0.00 | 0.00 |
| 4. | City Of Chicago | Secured | 3,211.81 | 1,070.60 |
| 5. | America's Servicing Co | Secured | 2,226.62 | 1,950.14 |
| 6. | Capital One | Unsecured | 1,421.47 | 0.00 |
| 7. | Premier Bankcard | Unsecured | 449.41 | 0.00 |
| 8. | Capital One | Unsecured | 1,273.20 | 0.00 |
| 9. | ECast Settlement Corp | Unsecured | 659.62 | 0.00 |
| 10. | I C Systems Inc | Unsecured | 73.45 | 0.00 |
| 11. | Portfolio Recovery Associates | Unsecured | 744.86 | 0.00 |
| 12. | City Of Chicago | Unsecured | 2,542.63 | 0.00 |
| 13. | AJ Smith Federal Savings Bank | Unsecured |  | No Claim Filed |
| 14. | Trust Receivable Services | Unsecured |  | No Claim Filed |
| 15. | Fall Collection Service | Unsecured |  | No Claim Filed |
| 16. | J C Penney Co Inc | Unsecured |  | No Claim Filed |
| 17. | Peoples Energy Corp | Unsecured |  | No Claim Filed |
| 18. | Medical Business Bureau Inc | Unsecured |  | No Claim Filed |
|  |  |  | $ 14,426.07 | $ 4,843.74 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 4.8% | 8.10 |
| 5.4% | 215.56 |
| 6.5% | 63.06 |
|  | $ 286.72 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:  Williams, Dossie

Printed: 10/29/08

Case Number:  06 B 14471
Judge:  Wedoff, Eugene R
Filed:  11/6/06

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

